**Order filed October 23, 2019**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00666-CV
_____

### In the Interest of EW, RL, WW, EW, children

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2018-04172J**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant's brief was due **October 21, 2019.** No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, Michelle Placzek, to file appellant's brief no later than **November 4, 2019.** If the brief is not filed by that date, counsel may be required to show cause why she should not be held in

contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.